UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARCHIE LEE THOMAS,

    Petitioner,

v.                                                 CASE NO. 02-73840
                                                 HONORABLE LAWRENCE P. ZATKOFF

KENNETH ROMANOWSKI,

    Respondent.
_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Petitioner Archie Lee Thomas has appealed the Court's Opinion and Judgment denying his Motion for Relief from Judgment. Currently pending before the Court are Petitioner's Motion for Certificate of Appealability [dkt 56] and Application to Proceed *In Forma Pauperis* on Appeal [dkt 57]. After a thorough review of Petitioner's submissions, the Court finds that Petitioner's appeal would be frivolous. *Hence v. Smith*, 49 F. Supp. 2d 547, 549 (E.D. Mich. 1999).

Accordingly, Petitioner's Motion for Certificate of Appealability and Application to Proceed *In Forma Pauperis* on Appeal and are DENIED.

    IT IS SO ORDERED.

                                                s/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                UNITED STATES DISTRICT JUDGE

Dated: March 28, 2008

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 28, 2008.

                                            s/Marie E. Verlinde
                                            Case Manager
                                            (810) 984-3290